IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GERALD S. BLANCHARD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:14-CV-00457-RWS-GGB |
| ) | |
| OFFICER HUMBLE, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS HUMBLE, SPIVEY AND HENNON'S MOTION TO DISMISS

**COME NOW** Justin Humble, Christopher Spivey and Jeffrey Hennon, Defendants in the above styled case, by and through the Attorney General of the State of Georgia, and without waiving any defenses file this Motion to Dismiss pursuant to the PLRA, 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915(g), Rule 12(b), and immunity from Plaintiff's Complaint.

The basis for the motion will be set forth more extensively in the accompanying brief in support of the motion.

Respectfully submitted, this the 25th day of August, 2014.

SAMUEL S. OLENS          551540
Attorney General

KATHLEEN M. PACIOUS      558555
Deputy Attorney General

        s/Devon Orland
        DEVON ORLAND   554301
        Senior Assistant Attorney General

        s/Susan E. Teaster
        SUSAN E. TEASTER  701415
        Assistant Attorney General

Please Address All
Communications To:

Susan E. Teaster
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
(404) 463-8850
steaster@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed Defendants' **MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

### NONE, PRO SE PLAINTIFF

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> Gerald S. Blanchard
> GDC# 359559
> Augusta State Medical Prison
> 30001 Gordon Highway
> Augusta, GA 30813

This the 25th day of August, 2014.

> s/Susan E. Teaster
> Georgia Bar No. 701415
> Assistant Attorney General